UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IEP Technologies, LLC**

    Plaintiff

    V.

**KPM Analytics**

    Defendant

CIVIL ACTION

NO. 1:23-mc-91497-RWZ

### ORDER OF DISMISSAL

ZOBEL, D. J.

In accordance with the Court's ELECTRONIC ORDER dated October 16, 2023 (Dkt. No. 11), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

        By the Court,

10/16/2023          /s/ Flaviana de Oliveira
  Date             Deputy Clerk